UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW MICHAEL TUCKER,<br><br>    Plaintiff,<br><br>v.<br><br>JOE A. LIZARRAGA, *et al.*,<br><br>    Defendants. | Case No. 1:19-cv-00736-AWI-JDP<br><br>ORDER DIRECTING THE CLERK'S OFFICE TO REMOVE DEFENDANTS LIZARRAGA, FISK, MOHAMMAD, AND LINK FROM THE DOCKET |

    Plaintiff Andrew Michael Tucker is a state prisoner proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983. On November 8, 2019, plaintiff voluntarily dismissed his claims against defendants Lizarraga, Fisk, Mohammad, and Link. ECF No. 12. I thus direct the clerk's office to remove these defendants from the docket.

IT IS SO ORDERED.

Dated:   November 19, 2019                    _____
                                                          UNITED STATES MAGISTRATE JUDGE

No. 205.