UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW MICHAEL TUCKER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOE A. LIZARRAGA, *et al.*,<br><br>　　　　Defendants. | Case No. 1:19-cv-00736-AWI-JDP<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL<br><br>ECF No. 26 |

　　　　Plaintiff Andrew Michael Tucker is a state prisoner proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983. On April 15, 2020, plaintiff filed a motion requesting appointed of counsel. ECF No. 26. Plaintiff argues that that he lacks knowledge of the law and needs to undergo physical therapy for a variety of injuries. *Id*.

　　　　Plaintiff does not have a constitutional right to appointed counsel in this action, *see Rand v. Rowland*, 113 F.3d 1520, 1525 (9th Cir. 1997), and the court lacks the authority to require an attorney to represent plaintiff, *see Mallard v. U.S. District Court for the Southern District of Iowa*, 490 U.S. 296, 298 (1989). The court may request the voluntary assistance of counsel. *See* 28 U.S.C. § 1915(e)(1); *Rand*, 113 F.3d at 1525. However, without a means to compensate counsel, the court will seek volunteer counsel only in exceptional circumstances. In determining whether such circumstances exist, "the district court must evaluate both the likelihood of success

on the merits [and] the ability of the [plaintiff] to articulate his claims pro se in light of the complexity of the legal issues involved." *Rand*, 113 F.3d at 1525 (internal quotation marks and citations omitted).

The court cannot conclude that exceptional circumstances requiring counsel are present here. The issues raised by the complaint are not unusually complicated and, at this stage in the proceedings, plaintiff has not demonstrated a likelihood of success on the merits or great difficulty articulating his claims. Accordingly, plaintiff's motion for the appointment of counsel is denied without prejudice. The court may revisit this issue at a later stage of the proceedings if justice so requires.

IT IS SO ORDERED.

Dated: __April 16, 2020__  
_____  
UNITED STATES MAGISTRATE JUDGE

No. 205.