UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW MICHAEL TUCKER, | Case No. 1:19-cv-00736-AWI-JDP |
| Plaintiff, | ORDERING GRANTING DEFENDANTS' MOTION TO MODIFY THE SCHEDULING ORDER |
| v. | |
| JOE A. LIZARRAGA, *et al.*, | ECF No. 28 |
| Defendants. | |

Defendants' motion to modify the scheduling order is granted. Defendants shall have until June 24, 2020, to file a motion for summary judgment for failure to exhaust administrative remedies.

IT IS SO ORDERED.

Dated: __May 22, 2020__  
_____  
UNITED STATES MAGISTRATE JUDGE

No. 205.