IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW MICHAEL TUCKER,<br><br>                                    Plaintiff,<br><br>         v.<br><br>KYLE MOHR, et al.,<br><br>                                    Defendants. | 1:19-cv-00736-AWI-HBK (PC)<br><br>ORDER GRANTING DEFENDANTS' SECOND MOTION TO MODIFY THE SCHEDULING ORDER (Doc. No. 37).<br><br>Amended Discovery deadline- 01/22/21<br><br>Amended Dispositive deadline- 04/05/21 |

Pending before the Court is Defendants' Second Motion to Modify Discovery and Scheduling Order filed October 13, 2020 (Doc. No. 37).  Defendants aver that the COVID 19 pandemic impeded their ability to depose Plaintiff and seek to enlarge the deadline for discovery to January 22, 2021 and the filing deadline for dispositive motions to April 5, 2021.  (*See generally Id.*). Plaintiff has not filed an opposition to the Motion and the time for doing so has expired.

Fed. R. Civ. P. 6(b)(1)(A) provides for extending deadlines for good cause shown if the request to extend time is made before the original time, or its extension expires.  Similarly, Fed. R. Civ. P. 16(b)(4) permits the court to modify a scheduling order for good cause shown and with the judge's consent.  Defendants filed their motion before the prior extension of time expired, *see* Doc.

No. 29, and have established good cause to extend the discovery and dispositive deadlines[1] in this case.

**Accordingly**:

Defendants' Second Motion for Modify Discovery and Scheduling Order (Doc. No. 37) is **GRANTED**. The deadline to conduct discovery is extended to January 22, 2021, and the deadline to file dispositive motions is extended to April 5, 2021.

IT IS SO ORDERED.

Dated:   January 4, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

---

[1] Notably, it appears Defendants previously filed a motion for summary judgment directed only at whether plaintiff exhausted his administrative remedies, *see* Doc. No. 31.