UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW MICHAEL TUCKER,<br><br>  Plaintiff,<br><br>  v.<br><br>KYLE MOHR, FNU DEMASTERS, FNU ALTSCHULER,<br><br>  Defendants. | Case No. 1:19-cv-00736-AWI-HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND GRANTING IN PART AND DENYING IN PART DEFENDANTS' SUMMARY JUDGMENT MOTION<br><br>(Doc. Nos. 31 & 43) |

Plaintiff Andrew Michael Tucker is a state prisoner proceeding pro se on his complaint filed under 42 U.S.C. § 1983. Doc. No. 1. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Eastern District of California Local Rule 302.

On July 29, 2021, the assigned magistrate judge issued findings and recommendations, which recommended that the exhaustion-based motion for summary judgment filed on behalf of Defendants DeMasters and Altschuler (Doc. No. 31) be granted in part and denied in part. Doc. No. 43. The findings and recommendations, which were served on Plaintiff, contained notice that objections were to be filed within fourteen days. Id. at 14–15. Defendants filed an objection on August 12, 2021. Doc. No. 44. Plaintiff filed an objection on August 16, 2021. Doc. No. 45.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of the case. Having carefully reviewed the entire file, including Defendants' and Plaintiff's objections, the Court concludes that the magistrate judge's findings and recommendations are supported by the record and proper analysis.

///

///

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (Doc. No. 43) issued on July 29, 2021, are ADOPTED in full;

2. Defendants' motion for summary judgment (Doc. No. 31) is GRANTED in part and DENIED in part;

    a. The motion is GRANTED as to Defendant Altschuler and the claim set forth against Defendant Altschuler are dismissed;

    b. The motion is DENIED, without prejudice, as to Defendant DeMasters;

3. This case is REFERRED BACK to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   August 19, 2021

SENIOR DISTRICT JUDGE